THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              ) <br>          Plaintiff,   ) <br>              ) <br>     v.       ) <br>              ) <br> RICCO A. GRAVES, JR.,    ) <br>              ) <br>         Defendant.    ) <br> _____ ) | No. CR16-184TSZ <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the Unopposed Motion to Continue Trial Date and Extend Pretrial Motions Deadline. Having reviewed the motion and the files in this case, the Court finds that

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to review discovery and conduct an investigation, in this case and related case no. CR16-119JCC—in which Mr. Graves is charged with Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1)—which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*Ricco A. Graves, Jr.*, CR16-184TSZ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS NOW ORDERED that the trial date is continued from September 6, 2016, to January 17, 2017, and that the period of delay from the date of this Court's order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that the pretrial motions deadline is extended to November 18, 2016.

DONE this 5th day of August, 2016.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Vanessa Pai-Thompson*
s/ *Corey Endo*
Assistant Federal Public Defenders
Attorneys for Ricco Graves

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*Ricco A. Graves, Jr.*, CR16-184TSZ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**