UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICCO ANTHONY GRAVES JR.,<br><br>Defendant. | CR16-184 TSZ<br><br>ORDER |

The Court hereby ORDERS:

(1) The Government's motion, docket no. 102, is GRANTED, and Violations of Supervision Nos. 1, 2, and 3, as set forth in the Petition submitted on August 2, 2021, by the United States Probation Officer for this matter, docket no. 94, are DISMISSED without prejudice;

(2) The evidentiary hearing on revocation of supervised release set for September 2, 2021, at 11:00 a.m., is STRICKEN;

(3) The oral ruling issued on August 12, 2021, ordering that defendant be detained and remanded to custody, *see* Minutes (docket no. 98), is VACATED;

(4) All other conditions of supervision remain in effect, including the condition that defendant comply with all treatment directives of the Probation Officer; and

ORDER - 1

(5)   The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 2nd day of September, 2021.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2